■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABAD FIGUEROA, Appellant, v THOMAS HIGGINS, as Erie County Sheriff, Respondent. [661 NYS2d 560] —Appeal unanimously dismissed without costs. Memorandum: Relator contends that Supreme Court erred in denying his writ of habeas corpus based on City Court of Buffalo's failure to comply with the mandates of CPL 180.80. Because relator has been released and the charges against him dismissed, his appeal is moot. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Habeas Corpus.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.

■ KATHERINE SCHRAVEN, Appellant, v TOWN OF TONAWANDA, Respondent. [661 NYS2d 169] —Order unanimously vacated and appeal dismissed without costs. Memorandum: Following the commencement of this personal injury action, plaintiff died. No substitution of a legal representative was made pursuant to CPLR 1015 (a) before defendant moved for summary judgment. As a result, Supreme Court lacked jurisdiction to rule on the motion and the order granting it is a nullity (*see, Weber v Bellinger*, 124 AD2d 1009; *Silvagnoli v Consolidated Edison Empls. Mut. Aid Socy.*, 112 AD2d 819, 820). In addition, this Court has no jurisdiction to entertain the instant appeal (*see, Catalfamo v Flushing Natl. Bank*, 124 AD2d 624, 625; *Muth v Benjamin*, 109 AD2d 736). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.